# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **EDUARDO CARRILLO VELAZCO,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MARKWAYNE MULLIN,** | § | |
| **SECRETARY OF HOMELAND** | § | |
| **SECURITY; TODD BLANCHE,** | § | **No.  3:26-CV-01396-LS** |
| **ACTING U.S. ATTORNEY GENERAL;** | § | |
| **TODD M. LYONS, ACTING** | § | |
| **DIRECTOR OF IMMIGRATION AND** | § | |
| **CUSTOMS ENFORCEMENT; MARY** | § | |
| **DE ANDA-YBARRA, EL PASO FIELD** | § | |
| **OFFICE DIRECTOR; AND WARDEN** | § | |
| **AT ERO EL PASO CAMP EAST** | § | |
| **MONTANA,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Upon consideration of the parties' Joint Stipulation of Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 10, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 5.